# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20-00200-01-CR-W-HFS |
| DELSHAWN LEMONS, | ) ) ) |
| Defendants. | ) |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On February 24, 2021, the Grand Jury returned a two-count Superseding Indictment charging Defendant Delshawn Lemons and two co-defendants[1] with one count of a Hobbs Act robbery (Count One). Defendants Lemons and Booker were also charged with possession of a firearm during a crime of violence (Count Two).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Joseph M. Marquez and Megan A. Baker
    Case Agent: Special Agent Dustin Green, FBI
    Defense: Razmi M. Tahirkheli and Adam Tahirkheli

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 10 with stipulations; 12 without stipulations
    Defendants: 1 witness, including the Defendants

**TRIAL EXHIBITS:**
    Government: approximately 27 exhibits
    Defendants: approximately 20 exhibits

**DEFENSES**: General denial

---

[1] Co-Defendant Veronika Rodriquez (2) pled guilty on December 22, 2021, and is awaiting sentencing. The Superseding Indictment against Co-Defendant Bobby J. Booker, Jr. (3) was dismissed on June 8, 2022.

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2½ to 3 days total**
    Government's case including jury selection: 2½ day(s)
    Defendants: 1 day(s)

**STIPULATIONS**: The parties are in discussion regarding the standard stipulations.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: **Due on or before November 24, 2022.**
        Defendants: **Due on or before November 24, 2022**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on**

**or before November 30, 2022.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before November 30, 2022.**

**TRIAL SETTING**: Criminal jury trial docket set for December 5, 2022.

    **Please note:** The Government requests the first week of the trial docket as Special Agent Green is unavailable the second week.

    **IT IS SO ORDERED**

                                            */s/ Lajuana M. Counts*
                                            LAJUANA M. COUNTS
                                            UNITED STATES MAGISTRATE JUDGE